IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CR-23-Z-BR-(1) |
| | § | |
| JUSTIN MICHAEL KOEHLER | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On May 2, 2022, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause.

Defendant Justin Michael Koehler filed no objections to the Report and Recommendation within

the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all

relevant matters of record in the above referenced cause—including the elements of the offense,

Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that

the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby

ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty

plea of Defendant Justin Michael Koehler was knowingly and voluntarily entered; ACCEPTS the

guilty plea of Defendant Justin Michael Koehler; and ADJUDGES Defendant Justin Michael

Koehler guilty of Count One in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentence will be

imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, May *23* , 2022.

_____

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE